**UNITED STATES of America,**
**Appellee,**

v.

**Anthony Arnez SANFORD, Appellant.**

No. 04–3432.

United States Court of Appeals,
Eighth Circuit.

Submitted: June 15, 2005.

Decided: July 5, 2005.

Lester Alan Paff, U.S. Attorney's Office, Des Moines, IA, for Appellee.

Anthony Arnez Sanford, pro se.

Before MELLOY, MCMILLIAN, and GRUENDER, Circuit Judges.

PER CURIAM.

Anthony Sanford challenges the sentence the district court[1] imposed after he pleaded guilty to a drug conspiracy. His counsel has moved to withdraw and filed a brief under *Anders v. California,* 386 U.S. 738, 87 S.Ct. 1396, 18 L.Ed.2d 493 (1967), arguing that it was plain error under *Blakely v. Washington,* 542 U.S. 296, 124 S.Ct. 2531, 159 L.Ed.2d 403 (2004), for the court to assess two criminal history points based on Sanford's probationary status at the time he committed the instant offense.

This argument fails. A jury need not find the fact of a prior conviction, *see United States v. Booker,* — U.S. —, ——–——, 125 S.Ct. 738, 755–56, 160 L.Ed.2d 621 (2005), and Sanford did not object to the presentence report's factual

determination that he was on probation for a prior conviction when he committed the instant offense, *see United States v. Speller,* 356 F.3d 904, 907 (8th Cir.2004).

Having reviewed the record independently pursuant to *Penson v. Ohio,* 488 U.S. 75, 109 S.Ct. 346, 102 L.Ed.2d 300 (1988), we find no nonfrivolous issues. Accordingly, we affirm, and we grant counsel's motion to withdraw.

---

1. The Honorable Robert W. Pratt, United States District Judge for the Southern District of Iowa.